IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY ANDERSON | * | |
| Plaintiff, | | |
| v. | * | CIVIL ACTION NO. PJM-06-3017 |
| SGT. MIKE WINGLER | * | |
| Defendant. | | |
| | *** | |

### MEMORANDUM OPINION

Plaintiff is a prisoner confined at the Baltimore City Detention Center who filed this 42 U.S.C. § 1983 civil rights action alleging excessive force during the course of his arrest. He alleges that:

> On September 9, 2006, I was arrested for 2nd degree assault and theft on the accuser Kevin Burroughs. I was sitting on the curb handcuffed (afternoon) at Gitting St. and Patapsco St. when (Sgt. Wingler) while waiting for the paddy wagon intentionally stood on my left wrist with cuffes [sic] on and fracture my left wrist.

(Paper No. 1 at 4, § III).

Because he appears indigent (*see* Paper No. ), Plaintiff's Motion to Proceed In Forma Pauperis shall be granted. His Complaint shall, however, be dismissed without prejudice. Allegations of excessive force during the course of an arrest may state a colorable constitutional claim. *See Graham v. Connor*, 490 U. S. 386 (1989); *Tennessee v. Garner*, 471 U.S. 1 (1985). In raising his Fourth Amendment claim, however, Plaintiff only seeks to have this Court "prosecute [Defendant] to the fullest extent of the law." (Paper No. 1 at 4, § IV). The Court knows of no free-standing constitutional right for a private citizen to seek the criminal prosecution of individuals. Indeed, "a private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution

of another." *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973); *see also Otero v. United States Attorney General*, 832 F.2d 141 (11th Cir. 1987).

      For the aforementioned reasons, the Court shall grant Plaintiff leave to proceed without the prepayment of filing fees, but shall dismiss his Complaint without prejudice. A separate Order follows.

                                      /s/
                              PETER J. MESSITTE
December 15, 2006                UNITED STATES DISTRICT JUDGE